In the United States District Court of the Eastern District of Penn.

Tyrone Hurt,
(sui Haines v. Kerner, 1972)
422 Chesapeake N.E., #83
W.D.C., 20019; 2/487-7446

Plaintiff,

Civil Action No. 12-6326

v.

Exxon/Mobil, et. Al.,
(see: Bivens v. Six (6) Unknown Narcotics' Agents - (1972)

v.

Bank of America, et. Al.,
(see: Bivens v. Six (6) Unknown Narcotics' Agents - (1972)

v.

Cigna, et. Al.,
(see: Bivens v. Six (6) Unknown Narcotics' Agents - (1972)

Defendants,

Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C.,

2. I demand a trial by Jury on all the issues involved.

3. The amount in controversy exceeds $150,000,000.00 Dollars exclusive of interest and cost.

4. I am a citizen of the P.C. and of the U.S.A.

### Statement of the Facts of the Case.

### Memorandum of Law

1. The Plaintiff respectfully states that said Defendants mentioned in the caption cause of this civil action complaint, recognized as giant corporations, who serve the public in one (1) way or the other, but, gives to political candidates in their bids to hold public office, are in violation of the Eighth (8th.) Amendment Right to the U.S. Constitution, (1608-) and in violation of "We the People," (1608-) as the Recent decision and opinion of Citizen United v. Federal Election Commission, (F.E.C.) is erroneous, and also in violation of the First (1st.) Amendment Right to the U.S. Constitution, (1608-) and that particular case-at-hand-dispute, be eliminated and abolished as being erroneous.

Memorandum of Law

1. See U.S. Constitution, (1608-).
   See: The American College
   Dictionary meaning
   of pauper
   See: Title 28, Section 1915, U.S.C.,
   See: The erroneousness of Citizens
   United v. Federal Election
   Commission, (F.C.C.)

Relief

1. The Plaintiff seeks the issuance of a permanent Restraining Order against said defendants, et. al., to halt the giving in any capacity to the existence of political candidates for the reasons mentioned herein in and of said civil action complaint. (See Title 28, Section 2201, 2202, U.S.C.). The Plaintiff seeks one (1) Trillion Dollars from each defendant in punitive and monetary damages.

Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, pro through Haines v.

Haines v. Kerner, 1972, and respectfully states that because of my poverty, that I am unable to pre-pay the initial costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hurt, the Plaintiff, pro se though Haines v. Kerner, 1972, and respectfully states that I have upon this 4th day of Nov, 2012, have sent the foregoing complaint, to the U.S. Dist. Ct. for the East. Dist. of Penn., to make service upon the Att. for the defendants, et al.

Respectfully submitted,
Tyrone Hurt
(Plaintiff, pro se)
(Haines v. Kerner)
(1972)

Nota: fr: bomine: IPC-(1946-)