IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE HURT                         :        CIVIL ACTION
                                    :
       v.                           :
                                    :
EXXON MOBIL, ET AL.                 :        NO. 12-6326

FILED
NOV 14 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 13th day of November, 2012, plaintiff having failed to either pay the $350 filing fee to commence this civil action or file a motion to proceed <u>forma pauperis</u>,[1] it is ORDERED that this case shall be marked CLOSED for statistical purposes.

BY THE COURT:

MITCHELL S. GOLDBERG, J.

---

[1] The motion to proceed <u>in forma pauperis</u> in plaintiff's complaint contains no financial information. It is, therefore, insufficient for the Court to determine his ability to pay the filing fee to commence this case, and does not qualify as a true motion to proceed <u>in forma pauperis</u>.